# UNITED STATES DISTRICT COURT
for the
Eastern District of Tennessee

RECEIVED BY: HW
DATE: 4/11/22  TIME: 1000
U.S. MARSHAL E/TN
KNOXVILLE, TN

| United States of America | ) |
|---|---|
| v. | ) Case No. 3:22-CR-32 |
| Justis Ellen Johnson | ) |
| Defendant | ) |

## ARREST WARRANT

To:  Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*  Justis Ellen Johnson

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

Production of child pornography, in violation of 18 U.S.C. § 2251(a) and (e); Distribution of Child Pornography, in violation of 18 U.S.C. § 2252A(a)(2) and Destruction or Removal of Property to Prevent Search or Seizure, in violation of 18 U.S.C. § 2232(a) and 2.

Date: 04/08/2022

*Issuing officer's signature*

LEANNA R. WILSON, CLERK

City and state:  Knoxville, Tennessee

*Printed name and title*

---

**Return**

This warrant was received on *(date)* 4/14/22, and the person was arrested on *(date)* 4/15/22
at *(city and state)* Murfreesboro TN.

Date: 4/15/22

*Arresting officer's signature*

Jonathan Hendrix  Special Agent HSI
*Printed name and title*

FID: 11409806
2274-0411-1515-5