# UNITED STATES DISTRICT COURT

Middle DISTRICT OF Tennessee

United States of America
V.
Justis Johnson

**EXHIBIT AND WITNESS LIST**

Case Number: 3:22-mj-4149

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Jeffery S. Frensley | Monica Morrison | Luke Evans |
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
| 4.20.22 | Digital Recording | Surabhi Morrissey |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
|  | X | 4.20.22 |  |  | Blanc McGee |
|  | X | 4.20.22 | 1 | 1 | Character Letters |
| X |  | 4.20.22 |  |  | Investigator Tom Evans |
| X |  | 4.20.22 | 1 | 1 | Chats from Dark Web |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of 1 Pages