IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| Plaintiff(s) | ) | |
| | ) | |
| v. | ) | Case No. 3:22-mj-4149 |
| | ) | Magistrate Judge Frensley |
| JUSTIS JOHNSON, | ) | |
| Defendant(s) | ) | |

**O R D E R**

On April 20, 2022, the Defendant Justis Johnson, appeared with counsel, Luke Evans, and also came the Assistant U.S. Attorney, for a detention hearing. The Defendant is to be released on the conditions of release; however, the Court's order is stayed until April 21, 2022 at 12:00 p.m. Central Standard Time.

IT IS SO ORDERED.

_____
JEFFERY S. FRENSLEY
United States Magistrate Judge